IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

HUGHE LOUISMAR, :

   Petitioner, :

vs. : CA 09-0221-WS-C

ERIC HOLDER, Attorney General of :
the United States, et al.,

    :

   Respondents.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated July 1, 2009 is **ADOPTED** as the opinion of this Court.

**DONE** this 6th day of August, 2009.

     s/WILLIAM H. STEELE
     **UNITED STATES DISTRICT JUDGE**