**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

HUGHE LOUISMAR,                           :

    Petitioner,                          :

vs.                                       :       CA 09-0221-WS-C

ERIC HOLDER, Attorney General of          :
the United States, et al.,
                                          :
    Respondents.

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's federal habeas corpus petition, filed pursuant to 28 U.S.C. § 2241, be **DISMISSED**, as moot.

**DONE** this 6th day of August, 2009.

                s/WILLIAM H. STEELE
                **UNITED STATES DISTRICT JUDGE**